United States District and Bankruptcy Courts
For the District of Columbia

Frank Brett
822 Johnston St.
Philadelphia, Pa. 19148
        VS.

#1   Nancy Myers
     333 Constitution Ave, NW RM 1225
     Washington, DC 2001
#2   Anthony Gent
     611 Riley ST.
     Harrisburg, Pa. 17102

        See Attachment Pg. 1 of 5
                    2 Exhibits

Case: 1:16-cv-00071  Jury Demand
Assigned To : Unassigned
Assign. Date : 1/14/2016
Description: Pro Se Gen. Civil (F Deck)

**FILED**

JAN 1 4 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**RECEIVED**

DEC 2 3 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Frank Brett
Frank Brett
822 Johnston St.
Phila, Pa. 19148

Nancy Myers and Philadelphia, Pa. Federal Judge Stanciwtcs violated And obstructed Justice in the Telecommunications Act of 1996 and FISA Compromise ACT. Nancy Myers used her computer to call 3 Attorney's who committed Felonies against Me. Nancy Myers did willingly and knowingly retaliate against me with Federal Judge Stanciwtz In Title 18 U.S.C. # 1513 in Retaliation against a Federal witness or victim or an Informant over 150 times I Informed over Federal They lied. The Last 13 years. Nancy Myers called me gay With Judge Stanciwtz from Phila. Pa. Federal court house.

Nancy Myers and Federal Judge Stanciwtz always used In 10/2014 Dominic Hardwood a transexual from Phila. Pa. who slandered me in Phila. Pa., Delaware, Baltimore, Maryland, washington, DC, Virginia, North and South Carolina, Georgia, Florida and New Jersey. This was a lie 1st told by Attorney Barbara Baylor from Wilmington, Delaware and Chris wright, Joe wright, David wright From Macedonia Baptist church in Wilmington, Delaware. My crooked Mafia Uncle Richard + Marian Gertz, Ricky Gertz and his girlfriend, Carrolyn Gertz, Margie + Paul Marsella, Richard Abbot, Bthty Marsella, and Sydney Little, Sylvia Little, Debbie Little and her sister all called me gay with Chris wright. Their all Baptist. Sydney Little and Sylvia Little and Debbie Little and her sister go to 1st Baptis Church, and Richard Gert And Marion Gertz go to the Belmont Baptist Church In Broomall, Pa. with Reverend Mr. Yates who committed many crimes against me.

Nancy Myers committed slander and Fraud against me since 7/2008 when I 1st came to washington DC. This was done to cover up Mayjor Crime by Law Firm of David Hline, Felicia Bruno, Phil Villari, Peter Brandes and Gramke. David Hline and Felicia Bruno both Lost their Jobs for extorting me and my deceased Father. David Hline and his attorney wife and Bill Shultz were In with U.S. Federal Judge Stanciwtz since 2002. My brother a Federal Agent told me In 2003 that Carol Yudis was In with David Hline and a lot of Federal Judges and Attorney's. David Hline was in with Federal Judge Mrs. Goldberg, Cohen, Stanciwtz and Al Dessert. I played basketball with Mrs. Goldberg son, Mike Goldberg In high school and I never knew his mom was a Judge. Mrs. Goldberg Son with Law firm Burtte, Shine Gold in The Federal Court House In Phila. Pa. where she slandered me Called me Names and stole Sealed Fed. Documents.

Nancy Myers obstructed Justice with Democrat Federal Judge Stranchwitz into My Lawsuit against Vincent Fumo Convicted Fumo Democrat Senator From Philadelphia, Pennsylvania who has harrassed me in Several states with Democrat Robert Brady.

In 7/2015 I would see Senator Vincent Fumo Following me on Spruce St. with basketball player Lebron James Cousin on My hay to Phila Pa. Federal Court into the Logistics. Nancy Myers and Unknown Black Female Court Clerk called me a liar When I sued and was walking out of the clerks office. I never Lied the whole story was on Federal Tape. I still have 143 Federal Tapes. In Harrisburg Pa. When I Filed against Mary D Andrea for destroying and not recording documents I gave to her in 2011. Mary D Andre resigned She covered up hundreds of Millions of Dollars and crimes into Croce vs United States of America and Independence Blue Cross East vs. 3 Insurance Companies In which my wife Cheryl Brett and Sue Desimone, Nancy - Fred Dibona's Secretary and Gunny - Black Man Security In with Fred Dibona President shredded the Documents.

In 2014 in The Federal Clerks office Nancy Myers and Judge Stranchwitz used 3 attorney's who came into the clerks office that they had called breaking My 1st amendment Rights To privacy. Two of The attorney's were white men and the 3rd attorney was an Oriental Man, They all used their cell phones In a United States Federal courthouse building to Obstruct Justice into the Law Suit I had Filed. I had been harrassed and followed on my bicycle by U.S. Marshall black man Robert Unknown United States Marshall In The Phila, Pa, Federal Courthouse his Family members Bill Queen Who I Saw with Black Reverends Sam Peaty, Rev. Love. Mateeh Charles, Rev. Hart, Dunnell unknown, Bill Queen followed me to Harrisburg, Pa, Bethesda Mission in 2015 and I see his cousin Mr. Queen followed me to washington DC. to Library with 2 Black friends using their cell Phones In The 6th St. Library.

Nancy Myers and Federal Pa. Judge Stanedwics and District of Columbia Judge Rothstein were all involved in covering up crimes I had witnessed as a Federal Informant. My friend Jim Mach is Dead and Pannacceo brothers hired Black Bouncer from Delitus Don in Phila Pa. on 12/24/15 working at The Bethesda Mission in Harrisburg Pa. until 7:00AM was Art Miles employee who allowed Mr. Winston and Mr. Wilhelm to use their cell phones in his sight while he was working. They were talking until midnight and called me the devil. They got this from Sterling Tarbett the employee who called me the devil on 12/11/15 in front of 50 men he called me Shata which he said means the Devil. Sterling Tarbett is in the Mental Health Field which he works full time for and has been messing with me with his friends Fred Hovington since at least 2013.

⭐ #1. Mrs Biarly bitch hilted from Colorado and his friend in Harrisburg, Pa. Congressman Mrs. Gephardt who he has gone after my civil rights with her.

From 1994-1999 on Strathmore Rd. in Havertown, Pa. my neighbor. Chuck and Grace Snyder I had on tape in 1998 in my home. Cheryl Brett stated when we were happily married that they used the pool and used our bathroom. Me and Cheryl Brett caught Jim Falcone and Dan Gallagher who is Grace Snyders son cheating on their wives in 1996 in Bennigans Irish bar in Springfield, Pa. This is why Chuck Snyder and Grace Snyder and their son Dan Gallagher friends of The Gambino Crime family poisoned me and my wife Cheryl Brett. Cheryl Brett almost died in my arms from being poisoned. Their Son Francis Martin died from being poisoned. Anthony Luongo I had fired for not doing his job right. Anthony Luongo was married to Lisa Gambino Luongo. Me and my Dad never new this. At This Time Dave Adams whose sister Lisa Adams is married to Jim Falcone who cheated on his wife that night. I caught Dave Adams in my back yard several times he was walking Jim Falcone baby in his stroller and David told me he was going to go for a swim. Richard Getz told me he was in with Bill Shultz and 3rd party friends of Anthony and Steve Luongo. Richard Getz and Richy Getz were in with Rob Homes a friend of Anthony and Steve Luongo who killed our son. They tried to kill me on 12/24/08 but I knocked out Steve Luongo on 8th St. in Phila.

Amendment #13 VIII Queen Carson Followed me from Harrisburg Pa Bethesd MD 900 to the Martin Luther King Library and invaded my court copy's with Darry Barget from The Bethesda MD on Across sus 8th reey stalked me here to cover up the crimes for the Bureau; they covers up evident.
Less

Nancy Myers and Phila. Pa. Federal Judge Stancrutz.

Injunction from Obuce from court personel. Nancy Myers, and Untrown Female Black court clerk on 12/22/15 they have been calling me gay, and Mr. Man who has stalked me for the Last 3 years in 10 states and The District of Columbia.
I saw Mr. Man with the Black Reverends Sam Peate and Rev. Love, Maheeh Charles at The Sunday Breakfast Mission in Phila. Pa.
Mr. Man was singing the victory is mine song.
Nancy Myers and Federal Judge Stancluies from Phila. Pa. and 3 Attorney's committed Fraud against me in washington DC. and slandered me calling Me Gay,
I need hardwood, Retarded, a dog these are all Lies Injunction from Obuce from Mr. Roberts and Black Man U.S. Fed. I am asking the Court for 1 million Dollars from each defendant and I am asking the court and praying for a Trial by Jury.
These people have slandered me in all of washington, DC. in 12/22/15.

Arnold Brett